DLM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER MACDOUGALL AND :
MYRNA MACDOUGALL :
:
Vs. : C.A. NO. __________
:
:
HEWLETT-PACKARD COMPANY :

NOTICE OF REMOVAL CA 07 394S

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Defendant, Hewlett-Packard Company respectfully represents as follows:

1. That Defendant, Hewlett-Packard Company is a defendant in a civil action filed against it in the Providence County Superior Court, styled *Peter MacDougall and Myrna MacDougall v. Hewlett-Packard Company*, C.A. No. PC 07-5370.
2. The aforesaid action was commenced with the filing of a Summons and Complaint. Defendant, Hewlett-Packard Company, was served with a copy of the Summons and Complaint on or about October 9, 2007. Certified copies of the entire State Court record will be filed pursuant to Local Rule 36 within 10 days hereof.
3. The defendant, Hewlett-Packard Company, is incorporated in Delaware and has a principal place of business in Palo Alto, California.
4. The plaintiffs are citizens of Rhode Island.
5. The defendant, Hewlett-Packard Company, and the plaintiffs are therefore citizens of different states and are thus completely diverse within the meaning of Title 28 U.S.C. §1332.
6. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.
7. Venue properly lies in the District of Rhode Island because the plaintiffs have asserted that they were a resident of Rhode Island at the time of the alleged incident and the plaintiffs commenced their initiating civil action in the State of Rhode Island.
8. The above described action, as stated in the plaintiff's Complaint is one of which this Court has original jurisdiction pursuant to the provisions of Title 28 U.S.C. § 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of Title 28 U.S.C. §§ 1441 (a) and (b).
9. Hewlett-Packard Company is the sole defendant named in this action and consents to this action being removed to United States District Court for the District of Rhode Island.
10. Enclosed herewith is a copy of the original Complaint and Summons filed in the Providence County Superior Court. Exhibits A and B respectively.

HEWLETT-PACKARD COMPANY
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272 - telephone
401-331-4404 – facsimile
RBengtson@CKMLaw.com

Dated: October 19, 2007

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, or hand delivered, from Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 on this 19th day of October 2007, to counsel of record as follows:

James T. Murphy, Esq.
Nicholas R. Mancini, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903