UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER MACDOUGALL AND MYRNA MACDOUGALL :
:
:
Vs. : C.A. NO. ___________
:
:
HEWLETT-PACKARD COMPANY : 07 394 S

NOTICE OF FILING NOTICE OF REMOVAL

TO: James T. Murphy, Esq.
Nicholas R. Mancini, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Please take notice that the defendant, Hewlett-Packard Company has this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above entitled action from the Providence County Superior Court of the State of Rhode Island, to the United States District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 19th day of October, 2007.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272 - telephone
401-331-4404 – facsimile
RBengtson@CKMLaw.com