UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER MACDOUGALL AND :
MYRNA MACDOUGALL :
:
Vs. : C.A. NO. 07-394S
:
:
HEWLETT-PACKARD COMPANY :

AFFIDAVIT OF FILING NOTICE OF REMOVAL
WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I, C. Russell Bengtson, attorney for the defendant, Hewlett-Packard Company, herein on oath depose and say that I have caused copies of the defendant's Notice of Removal of the above captioned action to be filed with the Clerk of the Providence County Superior Court in accordance with the provisions of Title 28 U.S.C. § 1446 (e) by hand delivering copies of said Notice to the Clerk on October 19th 2007.

I further depose and say that I have given written notice of the filing of said Notice to all parties by mailing copies thereof by regular United States mail together with notice of said filing to:

James T. Murphy, Esq.
Nicholas R. Mancini, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

on October 19 2007.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.
Dated this 19th day of October, 2007.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272 - telephone
401-331-4404 – facsimile
RBengtson@CKMLaw.com

CERTIFICATION

I, C. RUSSELL BENGTSON, attorney for defendant, hereby certify that I have this day served the foregoing AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT by mailing a copy postage pre-paid or by hand delivery to:

James T. Murphy, Esq.
Nicholas R. Mancini, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

on this 19th day of October, 2007.

Dated this 19th day of October, 2007.

C. Russell Bengtson

STATE OF RHODE ISLAND
PROVIDENCE, SC

On the above stated day, personally appeared the above named C. RUSSELL BENGTSON, who made oath that the foregoing statements by him subscribed are true.

Notary Public

Name: Todd J. Romano

My Commission Expires 6/28/2008