# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 07-5370

PETER AND MYRNA MACDOUGALL

Plaintiff

HEWLETT-PACKARD COMPANY

Defendant

***Summons***

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon NICHOLAS R. MANCINI, ESQ. Plaintiff's attorney, whose address is HANSON CURRAN, LLP, 146 Westminster Street, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: 10/9/07

(Seal of the Superior Court)

# State of Rhode Island and Providence Plantations

Prov ..., SC

## PROOF OF SERVICE

I hereby certify that on the 9th day of October 2007 I served a copy of this summons and a copy of the complaint received therewith upon Hewlett-Packard Company

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ............ (Address) ............, with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ............, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely N/A C.T. Corporation System / 10 Weybosset

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

Travel ............ $ 35-

Service ............ $ ............

$ 35-

Deputy Sheriff

CIVIL ACTION

FILE NO. 07-5370

SUMMONS

SUPERIOR COURT

PETER AND MYRNA MACDOUGALL

VS

HEWLETT-PACKARD COMPANY

NICHOLAS R. MANCINI, ESQ.
JAMES T. MURPHY, ESQ.

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
10/09/2007
CT Log Number 512667574

**TO:** Kimberly Schultz
Hewlett-Packard Company
3000 Hanover Street, MS 1050
Palo Alto, CA 94304

**RE:** **Process Served in Rhode Island**

**FOR:** Hewlett-Packard Company (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Peter and Myrna MacDougall, Pltfs. vs. Hewlett-Packard Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # 07-5370 |
| **NATURE OF ACTION:** | Property Damage Litigation - Negligence; strict liability; breach of warranties re: Hewlett Packard Compaq Presario Notebook Model V500 Serial No. CND612344CO which caught fire on 4/16/06 resulting in damages |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/09/2007 at 12:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Nicholas R. Mancini, Esq.<br>Hanson Curran, LLP<br>146 Westminster Street<br>Providence, RI 02903<br>401-421-2154 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790355192381<br>Image SOP - Page(s): 9<br>Email Notification, Liz Crowe liz.crowe@hp.com<br>Email Notification, BARBARA SAIN barbara.sain@hp.com<br>Email Notification, Kevin Light kevin.light@hp.com<br>Email Notification, Kimberly Schultz kimberly.d.schultz@hp.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.