STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-5370 PETER MACDOUGALL V HEWLETT PACKARD COMPANY

Filing Date: 10-09-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 10-19-2007

Plaintiff: PETER MACDOUGALL
ID: @10933801
Plaintiff: MYRNA MACDOUGALL
ID: @10933803
Defendant: HEWLETT-PACKARD COMPANY
ID: @10933804

Attorney: JAMES MURPHY
Attorney: NICHOLAS MANCINI
Attorney: JAMES MURPHY
Attorney: NICHOLAS MANCINI

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-09-2007 | COMPLAINT FILED | |
| 10-09-2007 | INITIAL FILING FEE | |
| 10-09-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP258110. |
| 10-19-2007 | NOTICE OF REMOVAL | TO US DISTRICT COURT CA 07-394S |
| 10-19-2007 | CASE REMVD TO US DISTRICT CT | |
| 10-19-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island