UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER MACDOUGALL AND MYRNA MACDOUGALL

Vs. C.A. NO. 07-394-S

HEWLETT-PACKARD COMPANY

STIPULATION OF THE PARTIES

It is hereby agreed by and between the plaintiffs, Peter MacDougall and Myrna MacDougall, and the defendant, Hewlett-Packard Company, that Hewlett-Packard Company shall have up to and including November 18, 2007 within which to respond to the Complaint filed by the plaintiffs.

JAMES T. MURPHY #1698
NICHOLAS R. MANCINI #7100
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(Attorneys for Plaintiff)

DATED: 10/22/07

C. RUSSELL BENGTSON #1233
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

(Attorney for Defendant)

DATED: 10/29/07

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, or hand delivered from Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 on this ________ day of ___________, 2007, to counsel of record as follows:

James T. Murphy, Esq.
Nicholas R. Mancini, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

CERTIFICATION

I hereby certify that on October 29, 2007 a true copy of the within document was filed electronically for viewing and downloading from the ECF system and that James T. Murphy, Esq., jtm@hansoncurran.com will receive notice through the ECF system.

/C. Russell Bengtson