**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND** | : | |
| **MYRNA MACDOUGALL** | : | |
| | : | |
| **V.** | : | **C.A.No. 07-394-S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs, Peter MacDougall and Myrna MacDougall hereby move for the *pro hac vice* admission in the above-captioned matter of Alfonso Gambone, Esq., with local counsel as identified below.

Peter MacDougall and
Myrna MacDougall

By: James T. Murphy
Bar ID No.: 1698
Address: Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the States of New Jersey and Pennsylvania and of the Bar of the Federal District Court for the Eastern District of Pennsylvania, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District in the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Alfonso Gambone
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Phone: 215-864-7000
Fax: 215-864-7123
Gambonea@whiteandwilliams.com

**LOCAL COUNSEL CERTIFICATION**

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ James T. Murphy
James T. Murphy R.I. Bar #1698
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: 401-421-2154
Fax: 401-521-7040
jtm@hansoncurran.com

**ORDER**

This motion is hereby ____________________________________________.

____________________________________

District Judge

Date:

**PROOF OF SERVICE**

I hereby certify that on 11/5/07, an exact copy of the within document was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record.

/s/ James T. Murphy