NRM:em 07-234 12/12/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND** | : | |
| **MYRNA MACDOUGALL** | : | |
| | : | |
| **V.** | : | **C.A.No. 07-394-S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

## ENTRY OF APPEARANCE

I, Nicholas R. Mancini, Esq. (R.I. Bar# 7100) hereby enter my appearance as Co-Counsel, for Plaintiffs, Peter and Myrna MacDougall in the above-captioned matter.

Plaintiffs,
By their Attorneys,

/s/ Nicholas R. Mancini
Nicholas Mancini R.I. Bar #7100
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: 401-421-2154
Fax: 401-521-7040
nrm@hansoncurran.com

## PROOF OF SERVICE

I hereby certify that on December 12, 2007, an exact copy of the within document was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record.

/s/ Nicholas R. Mancini