NRM:em 07-234 1/09/08

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND MYRNA MACDOUGALL** | : | |
| | : | |
| **V.** | : | **C.A.No. 07-394-S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

**EXTENSION STIPULATION**

By agreement of the Parties, Plaintiffs Peter and Myrna MacDougall shall have up to and including February 8, 2008 in which to respond to Defendant's Interrogatories and Requests for Production propounded on or about November 30, 2007.

Plaintiffs,
By their Attorneys,

/s/ Nicholas R. Mancini, Esq.
Nicholas Mancini R.I. Bar #7100
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: 401-421-2154
Fax: 401-521-7040
E-mail: nrm@hansoncurran.com

Defendant,
By its Attorneys.

/s/ C. Russell Bengston, Esq.
C. Russell Bengston RI Bar # 1233
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
Phone: (401) 331-7272
Fax: (401) 331-4404
E-mail: rbengson@ckmlaw.com

As Local Counsel for:

Alfonso Gambone, Esq,
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Phone: 215-864-7000
Fax: 215-864-7123
E-mail: Gambonea@whiteandwilliams.com

**PROOF OF SERVICE**

I hereby certify that on January 9, 2008, an exact copy of the within document was filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record.

/s/ Nicholas R. Mancini