UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER MACDOUGALL AND | : | |
| MYRNA MACDOUGALL | : | |
| | : | |
| VS. | : | C.A. NO. 07-394-S |
| | : | |
| HEWLETT-PACKARD COMPANY | : | |

NOTICE TO TAKE DEPOSITION

| | |
|---|---|
| DEPONENT: | Keeper of Records, Warren Fire Department<br>1 Joyce Street, Warren, Rhode Island |
| DATE: | Friday, February 15, 2008 |
| TIME: | 1:30 p.m. |

Please take notice that pursuant to R.C.P. 30, the defendant in the above captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 before a Notary Public commissioned in the State of Rhode Island.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on January 23, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that James T. Murphy, Esq., jtm@hansoncurran.com and Alfonso Gambone, Esq., Gambonea@whiteandwilliams.com will receive notice through the ECF system and a copy was mailed to Patricia M. Aloisio, Stenographer, 20 Pine Top Road, Barrington, RI 02806.

/s/ C. Russell Bengtson