UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER MACDOUGALL AND MYRNA MACDOUGALL | : | |
| VS. | : | C.A. NO. 07-394-S |
| HEWLETT-PACKARD COMPANY | : | |

MOTION TO EXTEND PRE-TRIAL DATES

Now comes the defendant, Hewlett-Packard Company, and moves that the fact discovery closure date of March 19, 2008 be extended to April 18, 2008.

This motion is made with the assent and agreement of the plaintiffs. At this time the parties are not seeking an extension of any other deadlines contained in the Court's Pre-Trial Order of November 19, 2007.

This motion is being filed since expert testing has recently been concluded and fact witnesses, including the plaintiff and possibly the Town and State Fire Marshals, need to be deposed.

Assented to:

/s/ Alfonso Gambone
Alfonso Gambone

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on March 31, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that James T. Murphy, Esq., jtm@hansoncurran.com and Alfonso Gambone, Esq., Gambonea@whiteandwilliams.com will receive notice through the ECF system.

/s/ C. Russell Bengtson