UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER MACDOUGALL AND | : | |
| MYRNA MACDOUGALL | : | |
| | : | |
| VS. | : | C.A. NO. 07-394-S |
| | : | |
| HEWLETT-PACKARD COMPANY | : | |

DEFENDANT'S EXPERT DISCLOSURE

Now comes the defendant, Hewlett-Packard Company, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the court Order of November 19, 2007 and file the following designation of expert witnesses the defendants may call to testify at the time of trial:

1. Shane Hartgrove, CFI
   Fire Cause Analysis
   4815 W. Savannah Lane
   Boise, Idaho 83714

2. Donald Galler, P.E.
   Electrical Engineering Solutions
   15 Birchwood Drive
   Bedford, MA 01730

A copy of the report of Mr. Hartgrove setting forth his opinions, his statement of qualifications, photographs and testimony log are collectively attached as Exhibit A.

A copy of the report of Mr. Galler setting forth his opinions, his statement of qualifications, photographs and testimony log are hereunto annexed as Exhibit B.

This original disclosure is being filed with the Clerk, United States District Court without the enclosures.

HEWLETT-PACKARD COMPANY
By their Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on April 30, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Alfonso Gambone, Esq., Gambonea@whiteandwilliams.com, Nicholas R. Mancini, Esq., nrm@hansoncurran.com and James T. Murphy, Esq., jtm@hansoncurran.com receive notice through the ECF system. Alfonso Gambone, Esq., Nicholas R. Mancini, Esq. and James T. Murphy, Esq. will receive the attachments by mail.

/s/ C. Russell Bengtson