UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER MACDOUGALL AND MYRNA MACDOUGALL | : | |
| v. | : | C.A. NO. 07-394-S |
| HEWLETT-PACKARD COMPANY | : | |

**MOTION TO EXTEND EXPERT DISCOVERY**

Now comes plaintiffs, Peter and Myrna MacDougall, and moves that the expert discovery date of May 30, 2008 be extended to June 30, 2008.

This motion is being filed given the most recent issue raised during the deposition of Peter and Myrna MacDougall on May 19, and 23, 2008, and the conflicting schedules of the expert and counsel.

Assented to:

/s/ C. Russell Bengtson
C. Russell Bengtson, Esquire

WHITE AND WILLIAMS LLP

Alfonso Gambone, Esquire #91531
1800 One Liberty Place
Philadelphia, Pennsylvania 19103
(215) 864-6246 Telephone
(215) 789-7684 Facsimile
gambonea@whiteandwilliams.com

CERTIFICATION

I hereby certify that on May 28, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the EFC system and that C. Russell Bengtson, Esquire, rbengtson@ckmlaw.com will receive notice through the ECF system.

/s/ Alfonso Gambone