UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER MACDOUGALL AND MYRNA MACDOUGALL :
:
:
Vs. : C.A. NO._07-394-S
:
:
HEWLETT-PACKARD COMPANY :

STIPULATION OF THE PARTIES

It is hereby agreed by and between the plaintiffs, Peter MacDougall and Myrna MacDougall, and the defendant, Hewlett-Packard Company, that Hewlett-Packard Company shall have up to and including June 30, 2008 within which to respond to the Amended Complaint filed by the plaintiffs.

JAMES T. MURPHY #1698
NICHOLAS R. MANCINI #7100 6/2/08
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(Attorneys for Plaintiff)

TODD J. ROMANO #6859
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404
(Attorney for Defendant)

CERTIFICATION

I hereby certify that on June 10, 2008, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that James T. Murphy, Esquire, jtm@hansoncurran.com, Alfonso Gambone, Esquire, gambonea@whiteandwilliams.com, and Nicholas R. Mancini, Esquire, nrm@hansoncurran.com will receive notice through the ECF system.

Mary Ann Pirie[?]