UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER MACDOUGALL and<br>MYRNA MACDOUGALL | : | |
| | : | |
| Vs. | : | C.A. NO. 07-394-S |
| | : | |
| | : | |
| HEWLETT-PACKARD COMPANY | : | |

MOTION TO EXTEND PRE-TRIAL DATES

Now comes the defendant, Hewlett-Packard Company, and moves that the fact discovery closure date and expert discovery closure dates be moved to July 30, 2008. The defendant further moves that the date by which dispositve motions are filed be moved to August 15, 2008.

This motion is being made due to the issues raised during the plaintiffs' depositions and due to the conflicting schedules of fact witnesses, experts and counsel.

This Motion is made with the assent and agreement of the plaintiffs.

Assented to:

/s/ Alfonso Gambone
Alfonso Gambone, Esq.
*Pro Hac Vice*
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
gambonea@whiteandwilliams.com

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

**CERTIFICATION**

I hereby certify that on June 23, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that James T. Murphy, Esquire, jtm@hansoncurran.com, Alfonso Gambone, Esquire, gambonea@whiteandwilliams.com, and Nicholas R. Mancini, Esquire, nrm@hansoncurran.com will receive notice through the ECF system.

/s/ C. Russell Bengtson