JLM:mdb 07-234 7/7/08

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND** | : | |
| **MYRNA MACDOUGALL** | : | |
| | : | |
| **V.** | : | **C.A. No. 07-394-S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

**ENTRY OF APPEARANCE**

I, Jacquelyn L. Mouquin, Esq. (R.I. Bar #7679) hereby enter my appearance as Co-Counsel, for Plaintiffs, Peter and Myrna MacDougall in the above-captioned matter.

Plaintiffs,
By their Attorneys,

/s/ Jacquelyn L. Mouquin

Jacquelyn L. Mouquin, Esq. (RI Bar #7679)
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: 401-421-2154
Fax: 401-521-7040
E-mail: jlm@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on July 7, 2008, I mailed a true and exact copy of the within document, as filed electronically and which is available for viewing and downloading from the Electronic Case Filing System of the United States District Court, to:

C. Russell Bengtson, Esquire
Carroll, Kelly, & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
*Attorney for Defendant*

/s/ Jacquelyn L. Mouquin