JLM 7/3/08 07-234

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND** | : | |
| **MYRNA MACDOUGALL** | : | |
| | : | |
| **V.** | : | **C.A. No. 07-394-S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

**MOTION TO EXTEND PRE-TRIAL DATES**

Now come the plaintiffs, Peter MacDougall and Myrna MacDougall, and move that the fact discovery closure date and expert discovery closure date be extended to September 30, 2008. The plaintiffs further move that the date by which dispositive motions are filed be extended to October 15, 2008, and the date by which the pretrial memoranda are filed be extended to 30 days after a decision on any dispositive motions, or October 30, 2008 if no dispositive motions are filed.

This motion is being made due to the issues raised during depositions and due to the conflicting schedules of fact witnesses, expert witnesses, and counsel. The extended deadlines also are necessary due to the recent departures of attorneys Alphonse Gambone and Nicholas R. Mancini from their respective firms, necessitating entry of new counsel for plaintiff in this matter.

This motion is made with the assent and agreement of the defendant.

Assented to:

CARROLL, KELLY & MURPHY

___/s/ Russell Bengston__________
C. Russell Bengston, Esq. #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengston@ckmlaw.com

___/s/ Jacquelyn L. Mouquin______
James T. Murphy, Esq. #1698
Jacquelyn L. Mouquin, Esq. #7679
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 Telephone
(401) 521-7040 Facsimile
jlm@hansoncurran.com
*Local Counsel*

**PROOF OF SERVICE**

I hereby certify that on __7/7/08_____, an exact copy of the within document was filed electronically and is available for view and downloading from the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record.

_____/s/ Jacquelyn L. Mouquin____
of Hanson Curran LLP