**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND** | : | |
| **MYRNA MACDOUGALL** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 07-394 S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

**STATE OF RHODE ISLAND FIRE MARSHAL'S**
**MOTION FOR A PROTECTIVE ORDER**

Now comes the Rhode Island Fire Marshal's Office, pursuant to Federal Rules of Civil Procedure 26 and 45, and requests that this Honorable Court issue a protective order with respect to the expert opinions of Deputy State Fire Marshal David W. Scott.

Wherefore, the Rhode Island State Fire Marshal prays that this motion is granted.

Respectfully submitted,

R.I. DIVISION OF THE
STATE FIRE MARSHAL

By Its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Darryl J. Paquette

DARRYL J. PAQUETTE (#6330)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2245
Fax: (401) 222-2995
dpaquette@riag.ri.gov

***CERTIFICATION***

I hereby certify that, on the 8th day of July 2008 the foregoing ***State of Rhode Island Fire Marshal's Motion for Protective Order*** was served by Electronic Case Filing, and by regular United States mail, postage prepaid.

/s/ Darryl J. Paquette

Darryl J. Paquette

Alfonso Gambone, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
gambonea@whiteandwilliams.com

Nicholas R. Mancini, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903
nrm@hansoncurran.com

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND** | : | |
| **MYRNA MACDOUGALL** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 07-394 S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

**STATE OF RHODE ISLAND FIRE MARSHAL'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER**

Now comes the Rhode Island Fire Marshal, pursuant to Federal Rules of Civil Procedure 26 and 45, and seeks a protective order with respect to the testimony of Deputy State Fire Marshal David W Scott.

On April 10, 2008, Deputy State Fire Marshal David W Scott received a subpoena commanding him to provide testimony in connection with his investigation of a fire at 35 Fairview Avenue, Bristol, Rhode Island on April 16, 2007. Prior to the noticing of the deposition, the Keeper of the Records, Rhode Island office of the State Fire Marshal was subject to a subpoena that commanded production of:

> All records, reports and memoranda relating to being called to the premises, investigation of the fire at the premises and photographs relating to the investigation of the fire at the premises at 35 Fairview Avenue, Warren, RI on April 16, 2006.

Over objection, redacted copies of the above-requested documents were produced.

It is the understanding and belief of the undersigned, that testimony of an expert nature will be requested of Deputy State Fire Marshal David W. Scott. As Fire Marshal Scott is not an expert witness retained by the plaintiffs, nor is he a party himself, any and all questions at the above-referenced deposition should be limited to an inquiry regarding

any facts that Fire Marshal Scott processed regarding his investigation of the April 16, 2007 fire.

## ARGUMENT

The examination of Deputy State Fire Marshal David W. Scott should be limited to a factual line of questioning only. "An expert witness who had not been engaged but merely subpoenaed should not be compelled to give opinion testimony against his will." Ondis v. Pion, 497 A.2d 13 (1985). Fire Marshall Scott's involvement in the circumstances surrounding this pending litigation arises merely from his role as an investigator for the Rhode Division of State Fire Marshal. Requiring Deputy State Fire Marshal David W. Scott to provide expert testimony is analogous to an "involuntary servitude that should normally not be inflicted upon a person merely because of his professional expertise." Ondis v. Pion, 497 A.2d at 18. If the parties seek an expert's opinion regarding the facts and circumstances surrounding the fire at 35 Fairview Avenue, Bristol, Rhode Island on April 16, 2007, they are obligated to "obtain the services of a qualified person on a voluntary basis." Id. (Emphasis added).

## CONCLUSION

The examination of Deputy State Fire Marshal David W. Scott should be limited to an inquiry regarding only the facts that he processed during his investigation of the April 16, 2007 fire at 35 Fairview Avenue, Bristol, Rhode Island. As he has not been retained by any of the parties to the case at bar, Fire Marshal Scott should be protected from providing, rendering or expounding any opinion of an expert nature, against his will.

For the reasons outlined above, the Rhode Division of State Fire Marshal requests an Order protecting Deputy State Fire Marshal David W. Scott from being compelled to provide expert testimony.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Darryl J. Paquette

DARRYL J. PAQUETTE (#6330)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2245
Fax: (401) 222-2995
dpaquette@riag.ri.gov

## ***CERTIFICATION***

I hereby certify that, on the 2nd day of July 2008 the foregoing ***State of Rhode Island Fire Marshal's Memorandum of Law in Support of Motion for Protective Order*** was served by Electronic Case Filing, and by regular United States mail, postage prepaid.

/s/ Darryl J. Paquette

Darryl J. Paquette

Alfonso Gambone, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
gambonea@whiteandwilliams.com

Nicholas R. Mancini, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903
nrm@hansoncurran.com

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com