(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

PETER MACDOUGALL AND
MYRNA MACDOUGALL
Plaintiff(s)

v. Dkt. No. C.A. NO. 07-394-S

HEWLETT PACKARD COMPANY
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant PETER MACDOUGALL ET AL hereby moves that J. MICHAEL KVETAN, ESQUIRE be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Jacquelyn L. Mouquin
Print Name

Hanson Curran LLP
Firm and Business Address

146 Westminster Street
Providence, RI 02903

RI Bar ID # 7679

Email: jlm@hansoncurran.com

Tel. # 401-421-2154

Fax # 401-521-7040

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date