Case 1:07-cv-00394-S-DLM Document 30 Filed 07/21/2008 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER MACDOUGALL and MYRNA MACDOUGALL | : | |
| Vs. | : | C.A. NO. 07-394-S |
| HEWLETT-PACKARD COMPANY | : | |

MOTION FOR ADMISSION *PRO HAC VICE*

The Defendant, Hewlett-Packard Company, hereby moves that Christopher Betke, Esq. be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

CHRISTOPHER BETKE
Ryan, Coughlin & Betke
175 Federal Street, 9th Floor
Boston, MA 02110
617-988-8050 – Telephone
617-988-8005 – Facsimile
cbetke@r-c-b.com

I hereby certify that I have reviewed the Application for *Pro Hac Vice* Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibility of local counsel.

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 - Telephone
(401) 331-4404 - Facsimile
rbengtson@ckmlaw.com

**ORDER**

This motion is hereby: ✓ GRANTED ______ DENIED

DISTRICT COURT JUDGE

Date 7/25/08