JLM:mdb 07-234 7/7/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER MACDOUGALL AND MYRNA MACDOUGALL | : | |
| | : | |
| V. | : | C.A. No. 07-394-S |
| | : | |
| HEWLETT-PACKARD COMPANY | : | |

## WITHDRAWAL OF APPEARANCE

I, Nicholas R. Mancini, Esq. (R.I. Bar #7100) hereby withdraw my appearance as Co-Counsel, for Plaintiffs, Peter and Myrna MacDougall in the above-captioned matter because I am no longer associated with Hanson Curran LLP. Other attorneys at Hanson Curran LLP have already entered their appearances as local counsel in this matter.

/s/ Nicholas R. Mancini
Nicholas R. Mancini, Esq. (RI Bar #7100)
Adler Pollack & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: 401-274-7200
Fax: 401-751-0604
E-mail: nmancini@apslaw.com

Acknowledged:

/s/ Jacquelyn L. Mouquin
Jacquelyn L. Mouquin, Esq. (#7679)
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: 401-274-7200
Fax: 401-521-2154
Email: jlm@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on July __28___, 2008, an exact copy of the within document was filed electronically and is available for view and downloading from the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record.

___/s/ Jacquelyn L. Mouquin_______