**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PETER MACDOUGALL AND MYRNA MACDOUGALL** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 07-394 S** |
| | : | |
| **HEWLETT-PACKARD COMPANY** | : | |

**STATE OF RHODE ISLAND FIRE MARSHAL'S MOTION TO WITHDRAW PENDING MOTION FOR PROTECTIVE ORDER**

Now comes the Rhode Island Fire Marshal's Office, and requests that this Honorable Court withdraw its pending Motion for a Protective Order, scheduled for hearing on August 5, 2008. The Rhode Island Fire Marshal's Office reserves the right to seek the same or similar relief if and when Deputy State Fire Marshal David W. Scott is subpoenaed as a witness at trial.

Wherefore, the Rhode Island State Fire Marshal prays that this motion is granted.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Darryl J. Paquette

DARRYL J. PAQUETTE (#6330)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2245
Fax: (401) 222-2995
dpaquette@riag.ri.gov

## ***CERTIFICATION***

I hereby certify that, on the 31st day of July 2008, an exact copy of the foregoing ***State of Rhode Island Fire Marshal's Motion to Withdraw Pending Motion for Protective Order*** was filed electronically and is available for view and downloading from the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record.

/s/ Darryl J. Paquette

Darryl J. Paquette