UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER MACDOUGALL AND :
MYRNA MACDOUGALL :
 :
VS. : C.A. NO. 07-394-S
 :
HEWLETT-PACKARD COMPANY :

## DISMISSAL STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

All claims are hereby dismissed with prejudice – no interest – no costs.

PETER MACDOUGALL
MYRNA MACDOUGALL

_____
J. MICHAEL KVETAN   #PA 80229
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103
(215) 864-7114 Telephone
(215) 789-7619 Facsimile
kvetanj@whiteandwilliams.com

_____
JAMES T. MURPHY   #1698
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 Telephone
(401) 521-7040 Facsimile
jtm@hansoncurran.com

HEWLETT-PACKARD COMPANY

_____
C. RUSSELL BENGTSON  #1233
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

_____
CHRISTOPHER BETKE  # MA 552588
Ryan, Coughlin & Betke
175 Federal Street, 9th Floor
Boston, MA  02110
(617) 988-8050 Telephone
(617) 988-8005 Facsimile
cbetke@r-c-b.com

## CERTIFICATION

I hereby certify that on _October 18, 2008_, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that J. Michael Kvetan, Esq., kvetanj@whiteandwilliams.com; James T. Murphy, Esq., jtm@hansoncurran.com; and Christopher Betke, Esq, cbetke@r-c-b.com will receive notice through the ECF system.

/s/ C. Russell Bengtson